# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2022

**VIA ECF**

Honorable Gregory H. Woods, U.S.D.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

    Re:   *In re: Haier US Appliance Solutions, Inc.*, Case No. 1:21-cv-00506-GHW

Dear Judge Woods:

Per the Court's Consolidation Order (ECF No. 88), Plaintiffs Asher Haft, Robert Fisher, and Cheryl Jones, and Defendant Haier US Appliance Solutions, Inc. d/b/a GE Appliances ("GE Appliances") submit the following proposed briefing schedule for GE Appliances' anticipated motion to dismiss:

| | |
|---|---|
| GE Appliances' Motion to Dismiss Plaintiffs' Consolidated Third Amended Complaint ("TAC") | 30 days following service of the TAC |
| Plaintiffs' Response to GE Appliances' Motion | 51 days following service of the TAC |
| GE Appliances' Reply in Support of its Motion | 61 days following service of the TAC |

Dated: May 31, 2022                            Respectfully submitted,

| | |
|---|---|
| *s/Rachel Soffin* | *s/Hays C. Doan* |
| Rachel Soffin (admitted *pro hac vice*) | Marissa S. Ronk (admitted *pro hac vice*) |
| Jonathan B. Cohen (admitted *pro hac vice*) | Juan S. Ramirez (admitted *pro hac vice*) |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC | Hays C. Doan (admitted *pro hac vice*) |
| | Teresa G. Akkara (admitted *pro hac vice*) |
| 800 S. Gay Street, Suite 1100 | WHEELER TRIGG O'DONNELL LLP |
| Knoxville, TN 37929 | 370 Seventeenth Street Suite 4500 |
| T: 865-247-0080 | Denver, Colorado 80202-5647 |
| F: 865-522-0049 | Telephone:    303.244.1800 |
| rsoffin@milberg.com | Facsimile:    303.244.1879 |
| jcohen@milberg.com | Email: ronk@wtotrial.com |
| | ramirez@wtotrial.com |
| | doan@wtotrial.com |
| | akkara@wtotrial.com |

| | |
|---|---|
| Harper T. Segui *(admitted pro hac vice)*<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>T: (919) 600-5000<br>F: (919) 600-5035<br>hsegui@milberg.com | Mona Simonian<br>PRYOR CASHMAN LLP<br>7 Times Square<br>New York, NY 10036-6569<br>Telephone:   212.326.0413<br>Facsimile:    212.326.0806<br>Email: msimonian@pryorcashman.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Haier US Appliance Solutions, Inc.* |

Application granted. The Court adopts the briefing schedule outlined by the parties: any motion to dismiss is due no later than 30 days after the service of the consolidated complaint; any opposition is due no later than 21 days after the service of that motion; any reply is due no later than 10 days after service of that opposition.

SO ORDERED.

Dated: May 31, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge