UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HAFT, ET AL.,

                         Plaintiffs,

    -against-

HAIER US APPLIANCE SOLUTIONS, INC.,

                         Defendant.
-----------------------------------------------------------------X

**ORDER**

**21-CV-0506 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on June 22, 2022 for General Pretrial. Dkt. No. 97. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a pre-motion discovery conference by **June 29, 2022**. Proposed dates should be in the second and third weeks of July.

       SO ORDERED.

DATED:    New York, New York
              June 23, 2022

                                                       _____
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge