UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HAFT, ET AL.,

                              **ORDER**

               Plaintiffs,          **21-CV-0506 (GHW) (JW)**

          -against-

HAIER US APPLIANCE SOLUTIONS, INC.,

               Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

For the reasons discussed on the record at the parties' July 14, 2022 discovery conference, the Court finds that in response to Plaintiffs' discovery requests, Defendant shall increase its search term connector from "w/5" to "w/10." The Court denies Plaintiffs' request to expand the number of records custodians Defendant searches. The Court also sets the following deadlines:

- The parties shall file a joint letter by **July 28, 2022** regarding Defendant's review of additional Consumer Product Safety Commission documents and the parties' discussion of the relevant time period of discovery. The parties shall also state whether they have reached an agreement regarding the appropriate sampling of General Electric Appliances' ("GEA") 1,200 oven models to apply to the definition of "Oven" in Plaintiffs' discovery requests. If the parties resolve their dispute as to the definition of "Oven," the parties shall explain their agreement.

- Defendant shall give Plaintiffs a list of the top retailers by volume of GEA ovens sold in New York, New Jersey, Pennsylvania, and Florida by **July 28, 2022**.

- Plaintiffs' arguments with supporting caselaw to strike Defendant's objections to Plaintiffs' discovery requests regarding bifurcation and sales data are due **August 15, 2022** and limited to 10 pages.

- Defendant's opposition with supporting caselaw is due **August 29, 2022** and limited to 10 pages.

- Plaintiffs' reply, if any, in support of their arguments to strike Defendant's objections is due **September 6, 2022** and limited to 5 pages.

SO ORDERED.

DATED:   New York, New York
         July 14, 2022

_____
JENNIFER E. WILLIS
United States Magistrate Judge