UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHER HAFT, ROBERT FISHER, and CHERYL JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HAIER US APPLIANCE SOLUTIONS, INC. d/b/a GE APPLIANCES,<br><br>Defendants.<br>_____/ | CASE NO.: 1:21-cv-00506-GHW |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY THOMAS A. PACHECO**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Thomas A. Pacheco hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Asher Haft, Robert Fisher, and Cheryl Jones ("Plaintiffs") in the above-captioned action.

I am a member in good standing of the bars of the State of Maryland and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 7, 2022                                Respectfully submitted,

By: /s/ Thomas A. Pacheco
Thomas A. Pacheco
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**

15453 Indianola Drive<br>
Derwood, MD  20855<br>
T: (212) 946-9305<br>
tpacheco@milberg.com

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October 2022, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record by electronic means.

[x] Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2022.

*/s/ Thomas Pacheco*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ASHER HAFT, ROBERT FISHER, AND CHERYL JONES**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**HAIER US APPLIANCE SOLUTIONS, INC. d/b/a GE APPLIANCES**,<br><br>Defendant.<br>_____ | CIVIL ACTION NO.: 1:21-cv-00506 |

### AFFIDAVIT OF THOMAS A. PACHECO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Thomas A. Pacheco, being duly sworn and on oath can competently testify to the following facts from my personal knowledge:

1. I have been retained to represent Plaintiffs Asher Haft, Robert Fisher, and Cheryl Jones, in this cause of action.

2. I am not a resident of the State of New York.

3. I am in good standing of the bars of the State of Maryland (the Court of Appeals of Maryland) and the District of Columbia (the District of Columbia Court of Appeals).

4. There are no pending disciplinary actions against me.

5. I have not been subject to any disciplinary proceedings.

6. I have not been subject to any suspension proceedings.

7. I have not been subject to any disbarment proceedings.

8. I have not been subject to any criminal charges or proceedings.

9. I have never been convicted of a felony.

10. I have not, either by resignation, withdrawal, or otherwise terminated or attempted to terminate my office as any attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

11. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Further affiant sayeth not.

Thomas A. Pacheco

*[signature]* 10/7/22

SUBSCRIBED AND SWORN to before me:

This 07 day of OCTOBER, 2022

*[signature: Neeraj Sharma]*
Notary Public

*[Notary seal: NEERAJ SHARMA, NOTARY PUBLIC, MONTGOMERY COUNTY, MD, MY COMMISSION EXPIRES JANUARY 16, 2024]*

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of December, 2017,

### Thomas Arthur Pacheco

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this sixth day of October, 2022.

*Clerk of the Court of Appeals of Maryland*

Case 1:21-cv-00506-GHW-JW   Document 136   Filed 10/13/22   Page 6 of 9



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Thomas Pacheco

was duly qualified and admitted on November 12, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October 06, 2022.*

*JULIO A. CASTILLO
Clerk of the Court*

Issued By:

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHER HAFT, ROBERT FISHER, and CHERYL JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HAIER US APPLIANCE SOLUTIONS, INC. d/b/a GE APPLIANCES,<br><br>Defendants.<br>_____/ | CASE NO.: 1:21-cv-00506-GHW |

The motion of Thomas A. Pacheco for admission to practice *Pro Hac Vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the states of Maryland and the District of Columbia and that his contact information is as follows:

Applicant's Name: Thomas Pacheco

Firm Name: Milberg Coleman Bryson Phillips Grossman PLLC

Address: 15453 Indianola Drive

City/State/Zip: Derwood, MD 20855

Telephone/Fax: (212) 946-9305

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above captioned action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above captioned action in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  10/13/2022

*Jennifer E. Willis*
United States District/Magistrate Judge