UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HAFT, ET AL.,

                              Plaintiffs,

        -against-

HAIER US APPLIANCE SOLUTIONS, INC.,

                              Defendant.
-----------------------------------------------------------------X

**ORDER**

**21-CV-0506 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        Defendant produced spreadsheets summarizing communications between consumers and Defendant. For the reasons discussed on the record at the parties' October 13, 2022 discovery conference, Defendant shall produce the full underlying email communications between customers and Defendant for the first 12 incidents in Defendant's spreadsheets where there is a return email correspondence from Defendant for each year from 2014 to 2021. Defendant can either redact customers' personally identifiable information in the communications or the parties can file a stipulation agreeing that Plaintiffs will not use the customers' personally identifiable information. Plaintiffs may apply to the Court to use such information if a class is certified.

        SO ORDERED.

DATED:    New York, New York
                October 14, 2022

                                                                          _____
                                                                           JENNIFER E. WILLIS
                                                                           United States Magistrate Judge