

**MEMORANDUM ENDORSED**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806            pryorcashman.com

Mona Simonian
Partner

Direct Tel: 212-326-0413
Direct Fax: 212-326-0806
MSimonian@PRYORCASHMAN.com

February 9, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2023

**VIA ECF**

Honorable Gregory H. Woods, U.S.D.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re:   ***Haft, et al. v. Haier US Appliance Solutions, Inc. d/b/a GE Appliances***, **Case No. 1:21-cv-00506**

Dear Judge Woods:

In accordance with your Honor's Individual Rules 1(A) and (E), we write jointly on behalf of all parties in the above-referenced matter to respectfully advise the Court that the parties have reached a settlement in principle. The parties anticipate they will finalize a written agreement memorializing the terms in short order, and will be in a position to dismiss the action upon execution of the written agreement.

Accordingly, the parties respectfully request a short 30-day stay of the proceedings and all existing deadlines through March 13, 2023, to allow the parties to finalize the written settlement agreement and seek voluntary dismissal of the action.[1]

The parties are available at the Court's convenience, should your Honor require additional information.

Dated: February 9, 2023              Respectfully submitted,

*s/ M. Mona Simonian*                *s/ Rachel Soffin*

M. Mona Simonian                     Rachel Soffin *(admitted pro hac vice)*
PRYOR CASHMAN LLP                    Jonathan B. Cohen *(admitted pro hac vice)*

---

[1] Existing deadlines include: (i) the deadline to complete depositions and the close of fact discovery currently scheduled for February 10, 2023, (ii) various deadlines for expert discovery through April through July 2023; (iii) the deadline for summary judgment motions currently scheduled for December 15, 2023; as well as (iv) other pretrial deadlines set forth on the Civil Case Management Plan and Scheduling Order dated October 13, 2022 (Dkt. 141).

**PRYOR CASHMAN LLP**

Honorable Gregory H. Woods, U.S.D.J.
February 9, 2023
Page 2

| | |
|---|---|
| 7 Times Square<br>New York, NY 10036-6569<br>Telephone: 212.326.0413<br>Email: msimonian@pryorcashman.com | MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>800 S. Gay Street, Suite 1100<br>Knoxville, TN 37929<br>T: 865-247-0080<br>F: 865-522-0049<br>rsoffin@milberg.com<br>jcohen@milberg.com |
| Marissa S. Ronk *(admitted pro hac vice)*<br>Juan S. Ramirez *(admitted pro hac vice)*<br>WHEELER TRIGG O'DONNELL LLP<br>370 Seventeenth Street Suite 4500<br>Denver, Colorado 80202-5647<br>Telephone: 303.244.1800<br>Email: ronk@wtotrial.com<br>         ramirez@wtotrial.com | Harper T. Segui *(admitted pro hac vice)*<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>T: (919) 600-5000<br>F: (919) 600-5035<br>hsegui@milberg.com |
| *Attorneys for Defendants General Electric Company and Haier US Appliance Solutions, Inc.* | Alex R. Straus<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br>280 S. Beverly Drive, Suite PH<br>Beverly Hills, CA 90212<br>T: (917) 471-1894<br>astraus@milberg.com |
| | *Attorneys for Plaintiffs* |

The parties' request for a stay of the proceedings and all existing deadlines is granted through March 13, 2023.  Accordingly, the Court considers the pending motions at Dkt. Nos. 103, 142, 144, 146, 147, and 160 withdrawn by the parties.  The parties may refile those motions after the stay is lifted if the parties have not sought dismissal of this action by then.

The Clerk of Court is respectfully directed to note the stay of this action on the docket and to terminate the motions pending at Dkt. Nos. 103, 142, 144, 146, 147, and 160.
SO ORDERED.

Dated: February 9, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge