

Marissa S. Ronk
303.244.0123
ronk@wtotrial.com

April 10, 2023

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

   Re:  *In re: Haier U.S. Appliance Solutions, Inc.*, Case No. 1:21-cv-00506-GHW

Dear Judge Woods:

  Plaintiffs Asher Haft, Robert Fisher, and Cheryl Jones ("Plaintiffs") and Defendant Haier US Appliance Solutions, Inc. ("Defendant") hereby jointly write to the Court in response to the Court's April 4, 2023 minute order. (ECF No. 162.) The parties are still working to finalize a resolution and expect they will be able to finalize their resolution within ten (10) days of submission of this letter. If Plaintiffs and Defendant are not able to finalize their resolution within ten (10) days, they will submit another status letter to the Court.

  Please let us know if there is additional information we can provide the Court in connection with the Court's April 4, 2023 minute order.

     Sincerely,

     *Marissa S. Ronk*

     Marissa S. Ronk

cc: All Counsel of Record, via ECF